| | | |
|---|---|---|
| ROBERT GRADY, JR. | : | 14TH JUDICIAL DISTRICT COURT |
| VS NO. 2019- 7162 F | : | PARISH OF CALCASIEU |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: FEB 1 2 2019 | : | *Jarah Hollier* DEPUTY CLERK OF COURT |

### PETITION FOR DAMAGES

The petition of ROBERT GRADY, JR., a resident of the full age of majority, residing in Lake Charles, Calcasieu Parish, Louisiana, respectfully represents:

1.

Made defendants herein are:

a. **REPUBLIC FIRE & CASUALTY INSURANCE COMPANY**, a foreign insurance corporation, authorized to do and doing business in the state of Louisiana with the Secretary of State of Louisiana designated as its agent for service of legal process.

2.

On or about February 24, 2017, at approximately 11:34 a.m., Petitioner, ROBERT GRADY, JR., in his 1993 Chevrolet GMT-400 C 15, was traveling northbound on Lake Street, when suddenly and without warning a 2001 Mazda 626, being driven by Raygen Watley, crossed the center line while making a left turn and struck him, thereby causing the injuries and damages as set forth below.

3.

The aforesaid accident was in no way attributable to the negligence of Petitioner, ROBERT GRADY, JR., but on the contrary, was due solely and proximately to the negligence of RAYGEN WATLEY, whose negligence includes, but is not limited to the following:

a. Failing to drive in a careful and prudent manner;

b. Failing to pay attention to the road while making a left turn;

c. Failing to keep a proper lookout;

d. Failing to see what she should have seen and to do what she should have done;

e. Failing to avoid colliding with Petitioner's vehicle;

f. Failing to exercise due care and caution under all facts and circumstances;

g. All other acts of negligence which may be shown through discovery and at the trial of this matter.

EXHIBIT A

4.

As the result of this accident, Petitioner, ROBERT GRADY, JR., has suffered injuries including, but not limited to, headaches, back pain and right shoulder pain.

    a.     On July 20, 2018, Mr. Grady had a Right shoulder rotator Arthroscopy; Subacromial Decompression; Distal Clavicle Excision; Rotator Cuff Repair, Biceps Tenodesis.

    b.     On February 6, 2019, Mr. Grady had a Total shoulder replacement.

5.

As a result of the accident and injuries, Petitioner, ROBERT GRADY, JR. has and will continue to sustain medical expenses, lost wages, loss of earning capacity, and mental and physical pain and suffering, and loss of enjoyment of life, said injuries entitling petitioner to such damages as are reasonable in the premises.

6.

At the time of the accident, defendant, State Farm Mutual Automobile Insurance Company, had issued and there was in full force and effect, a policy of liability insurance, in favor of Ralph W. Schlesinger, owner of the 2001 Mazda 626, being driven, under the terms of which State Farm Mutual Automobile Insurance Company had agreed to insure and indemnity permissive users such as Raygen Watley against any and all liability arising out of the negligent operation of the 2001 Mazda 626.

7.

The State Farm policy afforded $25,000.00 in liability coverage; however, Petitioner, Robert Grady, Jr.'s damages exceeded the policy limits and State Farm Mutual Automobile Insurance Company, has paid their policy limits of $25,000.00.

8.

At the time of the accident, and at all times pertinent thereto, defendant, Republic Fire & Casualty Insurance Company, had issued to Robert Grady, Jr., and there was in full force and effect, a policy of insurance on the 1993 Chevrolet GMT-400 C15, providing Uninsured/Underinsured Motorist coverage to Petitioner in the event he was injured by an underinsured driver such as Raygen Watley.

9.

Petitioner desires and is entitled to have the attached Interrogatories and Requests for Production of Documents be made a part hereof, and served upon the defendants simultaneously with the Petition For Damages, with each defendant ordered to produce the information and documents within the time delays provided by law.

10.

Petitioner, ROBERT GRADY, JR. avers that at this time his damages exceed the jurisdictional amount necessary for a trial by jury.

WHEREFORE, Petitioner, ROBERT GRADY, JR., prays that Defendant, REPUBLIC FIRE & CASUALTY INSURANCE COMPANY, be duly served with a copy of the foregoing petition and cited to appear and answer same, and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of Petitioner, ROBERT GRADY, JR. and against Defendant, REPUBLIC FIRE & CASUALTY INSURANCE COMPANY, for general and special damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for such additional relief as the law, equity and nature of the case may permit.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON & GAUGHAN, L.L.C.

_____
MELISSA A. SHAW-BROWN, #33367
ZITA M. ANDRUS, #31794
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
(337) 478-8888
(337) 479-7979 fax
mshawbrown@baggettmccall.com

PLEASE SERVE THE FOLLOWING DEFENDANTS:

REPUBLIC FIRE & CASUALTY INSURANCE COMPANY
Through its agent for service of legal process:
Louisiana Secretary of State
Baton Rouge, LA

A TRUE COPY
Lake Charles, Louisiana
Deputy Clerk of Court    FEB 22 2019
Calcasieu Parish, Louisiana

| | | |
|---|---|---|
| ROBERT GRADY, JR. | : | 14TH JUDICIAL DISTRICT COURT |
| VS NO. 2019- 762 F | : | PARISH OF CALCASIEU |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: _____ FEB 1 2 2019 | : | _Sarah Hollier_<br>DEPUTY CLERK OF COURT |

### REQUEST FOR WRITTEN NOTICE
### OF ASSIGNMENT AND WRITTEN NOTICE
### OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:  Clerk, 14th Judicial District Court

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for petitioner, in the above captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON & GAUGHAN, L.L.C.

_/s/ signature_
**MELISSA A. SHAW-BROWN, #33367**
ZITA M. ANDRUS, #31794
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
(337) 478-8888
(337) 479-7979 fax
mshawbrown@baggettmccall.com

| | | |
|---|---|---|
| ROBERT GRADY, JR. | : | 14TH JUDICIAL DISTRICT COURT |
| VS NO. 2019- 762 F | : | PARISH OF CALCASIEU |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: _____ FEB 1 2 2019 | : | *Sarah Hollier*<br>DEPUTY CLERK OF COURT |

## INTERROGATORIES

TO: REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY

Petitioner, ROBERT GRADY, JR., request that defendant, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY (in its capacity as underinsured motorist carrier), answer under oath, in accordance with Article 1457 of the Louisiana Code of Civil Procedure, the following interrogatories:

## DEFINITIONS

"You" or "Your" means REPUBLIC FIRE & CASUALTY INSURANCE COMPANY (in its capacity as underinsured motorist carrier) and all representatives or other persons acting on behalf of REPUBLIC FIRE & CASUALTY INSURANCE COMPANY (in its capacity as underinsured motorist carrier) including but not limited to THEIR attorney.

"Document" includes writings, drawings, graphs, charts, photographs, and other data compilations from which information can be obtained, translated, if necessary, by this defendant through detection devices into reasonably usable form.

"Identify" or "Identification" when used with respect to an individual means to state their name, present or last known address and present or last known place of employment.

"Identify" or "Identification" when used with respect to a document means to state the type of document(s) (e.g., memorandum, contract, telegram, chart, etc.) or some other means of identifying its location and custodian, the date thereon, if any, and the identity of the party or parties whose name or names appear thereon or, in lieu thereof, you may attach to your answers to these interrogatories a copy of each such document.

"Accident" means the event allegedly occurring on February 24, 2017 involving petitioner.

**INTERROGATORY NO. 1:**

Please state whether Republic Fire & Casualty Insurance Company has ever endowed an adjuster with any settlement authority in regards to the instant claim set forth in the Petition for Damages.

**INTERROGATORY NO. 2:**

Please state whether the adjuster for Republic Fire & Casualty Insurance Company, or any supervisor thereof, has ever discussed what Republic Fire & Casualty Insurance Company would be willing to pay for the claims asserted by Robert Grady, Jr. and if so, state that exact amount.

**INTERROGATORY NO. 3:**

Please state whether the adjuster has ever made any settlement recommendations to her/his superiors at Republic Fire & Casualty Insurance Company regarding the claims of Robert Grady, Jr. and if so, state that specific number.

**INTERROGATORY NO. 4:**

Please state whether the adjuster, during conversations with his/her superiors, has ever opined about what he/she thought the claim was worth and if so, please state that amount.

**INTERROGATORY NO. 5:**

Please state Republic Fire & Casualty Insurance Company's procedure for handling claims such as the ones made by plaintiff.

**INTERROGATORY NO. 6:**

Please state, with specificity, the procedure for reviewing all claims and what record, if any, is made of the review procedure.

**INTERROGATORY NO. 7:**

Please state the procedure for handling incoming documents, including whether or not such documents are date stamped and who has responsibility for determining whether or not a received document is placed into claims file.

**INTERROGATORY NO. 8:**

Please state, with specificity, the procedure for routing incoming calls and documenting incoming and outgoing calls.

**INTERROGATORY NO. 9:**

Please state the name, address and telephone number of any adjuster who was or is involved in the claim of Robert Grady, Jr. and state specifically what that adjuster was assigned to do on this claim file.

**INTERROGATORY NO. 10:**

Please identify all witnesses you may or will call at the trial of this matter, including a

brief description of their occupation, their knowledge relative to this case, the subject matter of their testimony and any expertise they may possess.

**INTERROGATORY NO. 11:**

Please give a reasonable description of all exhibits you may or will introduce at the trial of this matter, including the custodian of said exhibits.

**INTERROGATORY NO. 12:**

Identify any oral, written or recorded statements, either signed or unsigned, obtained from any persons by you, regarding anything in connection with this accident.

**INTERROGATORY NO. 13:**

Do you have any information that plaintiff had any injuries that pre-existed the injuries complained of in this lawsuit and/or do you have any information that plaintiff has other injuries or health complaints other than those complained of in this lawsuit. If so, please give a reasonable description of such information.

**INTERROGATORY NO. 14:**

Do you have any information that plaintiff was ever arrested, charged and/or convicted of any criminal offense? If so, please identify each arrest, each charge and/or conviction, including but not limited to dates, times, subject, offense and outcome.

All of the foregoing interrogatories are continuing in nature and must be supplemented, if further information is obtained.

THUS DONE AND SIGNED at Lake Charles, Louisiana this 12 day of February, 2019.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON & GAUGHAN, L.L.C.

MELISSA A. SHAW-BROWN, #33367
ZITA M. ANDRUS, #31794
3006 Country Club Road
Post Office Drawer 7820

Lake Charles, Louisiana 70606-7820
(337) 478-8888
(337) 479-7979 fax
mshawbrown@baggettmccall.com

A TRUE COPY
Lake Charles, Louisiana

Deputy Clerk of Court
Calcasieu Parish, Louisiana
FEB 22 2019

| | | |
|---|---|---|
| ROBERT GRADY, JR. | : | 14TH JUDICIAL DISTRICT COURT |
| VS NO. 2019-7602 F | : | PARISH OF CALCASIEU |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: _____ FEB 1 2 2019 | : | _Sarah Hollier_ DEPUTY CLERK OF COURT |

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  REPUBLIC FIRE & CASUALTY INSURANCE COMPANY (in its capacity as underinsured motorist carrier)

NOW INTO COURT, through undersigned counsel comes petitioner, ROBERT GRADY, JR., who requests that defendant, REPUBLIC FIRE & CASUALTY INSURANCE COMPANY (in its capacity as underinsured motorist carrier), produce within fifteen (15) days from receipt of this request at the offices of Baggett, McCall, Burgess & Watson, 3006 Country Club Road, Lake Charles, Louisiana 70605, the following documents:

**REQUEST NO. 1:**

Please produce a complete copy of any and all documents that, in any way, can be referred to as the Claims Manual used by adjusters of Republic Fire & Casualty Insurance Company in adjusting claims made against Republic Fire & Casualty Insurance Company in effect at the time Robert Grady's claim was submitted.

**REQUEST NO. 2:**

Produce a complete copy of Robert Grady's claim file relating to the plaintiff's claim, including all letters, memoranda, and other forms of communication relating to the following:

  a) All communications written or notes from oral communications, whether in person or by telephone, to or from any employee of the State Farm Mutual Automobile Insurance Company relating in any way to the processing of the claim at issue in this litigation;

  b) Any notes from any oral communications whether in person or by telephone, between any employee of Republic Fire & Casualty Insurance Company and Robert Grady, Jr. relating in any way to the claim at issue in the instant proceeding;

  c) Any notes from any oral communications, whether in person or by telephone, between any employee of Republic Fire & Casualty Insurance Company and any third party relating in any way to the claim at issue in the instant proceeding;

  d) Any written records of any investigation conducted in connection with the claim at issue herein;

  e) Any written communications or written records of oral communications, whether in person or by telephone, relating in any way to the decision to deny Robert Grady, Jr.'s claim, including those between any employee of insurer and plaintiff;

f) All other written documents pertaining to the claim involved herein;

g) Any and all file folders in which any of the requested documents are contained;

h) Any and all records obtained on Robert Grady, Jr., including but not limited to medical records, employment records, unemployment records, social security records and income tax returns.

**REQUEST NO. 3:**

All policies of liability insurance which may be applicable to the alleged accident of February 24, 2017, including umbrella and/or excess coverage, including the Declaration Page for all polices applicable.

**REQUEST NO. 4:**

Any statements, recorded or written, any surveillance film, video film, photographs, tape recordings, or any other documentation of any activities of the petitioner, Robert Grady, Jr., at any time and any place between February 24, 2017 and the present time.

**REQUEST NO. 5:**

Any and all documents intended to be introduced at the trial of this matter.

All of the foregoing Requests for Production of Documents are continuing in nature and must be supplemented, if further information is obtained.

THUS DONE AND SIGNED at Lake Charles, Louisiana this 12 day of February, 2019.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON & GAUGHAN, L.L.C.

MELISSA A. SHAW-BROWN, #33367
ZITA M. ANDRUS, #31794
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
(337) 478-8888
(337) 479-7979 fax
mshawbrown@baggettmccall.com

A TRUE COPY
Lake Charles, Louisiana
Deputy Clerk of Court
Calcasieu Parish, Louisiana   FEB 2 2 2019